UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JERRY SANTOS, as Administrator of the Estate
of ANIBAL MARRERO,

       Plaintiff,

  - against -

THE CITY OF NEW YORK, BILAL ATES,
SHANTE TERRELL and TEARLE CONNELL,
All in Their Individual Capacities and in Their
Official Capacities,
       Defendants
-------------------------------------------------------------------x

20CV6091(EK)(VMS)

NOTICE OF MOTION

   PLEASE TAKE NOTICE that upon the accompanying declaration of Eugene M. Bellin, Esq. and the declaration of plaintiff Jerry Santos, Administrator of the Estate of Anibal Marrero, the plaintiff will move this Court, before the Honorable Eric R. Komitee, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order pursuant to Local Civil Rule 83.2 approving the settlement of this action for the sum of $112,000.00, approving attorneys' fees and disbursements, and authorizing the firm of Michelstein & Ashman, PLLC to disburse the amount of attorneys' fees and disbursements from the proceeds of the settlement, together with such other relief as this Court deems just and proper.

Dated: New York, New York
   September 14, 2022

MICHELSTEIN & ASHMAN, PLLC

By:_____S/_____
Eugene M. Bellin
Attorneys for Plaintiff
485 Madison Avenue, 16th Floor
New York, New York 10022
(212) 588-0880
malaw485@yahoo.com

TO: Richard Bahrenburg, Esq. (by ECF)
Sylvia O. Hinds-Radix, Esq.
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007