UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

JERRY SANTOS, as Administrator of the Estate of ANIBAL
MARRERO

                                         Plaintiff,

                 -against-

THE CITY OF NEW YORK, BILAL ATES, SHANTE
TERRELL and TEARLE CONNELL, All in Their Individual
Capacities and in Their Official Capacities,

                                        Defendants.

-------------------------------------------------------------------------- x

**STIPULATION OF
SETTLEMENT**

20-CV-6091 (EK) (VMS)

**WHEREAS,** plaintiff Anibal Marrero initially commenced this action by filing a Complaint on or about December 15, 2020 alleging that the defendants violated Anibal Marrero's federal civil and state common law rights; and

**WHEREAS,** on or about April 21, 2021, plaintiff Jerry Santos was approved by the Court in this matter to serve as Administrator of the Estate of Anibal Marrero in this matter after Anibal Marrero's death; and

**WHEREAS,** defendants City of New York, Bilal Ates, Shante Terrell, and Tearle Connell have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

**WHEREAS,** the parties have authorized their respective counsel to settle this matter on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.      The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2.      Defendant City of New York hereby agrees to pay the sum of One Hundred Twelve Thousand Dollars ($112,000.00) in full satisfaction of the claims against the City of New York, Bilal Ates, Shante Terrell, and Tearle Connell, including claims for costs, expenses and attorneys' fees, and that the City of New York shall issue payment of the settlement to the individuals and in the amounts specified in the decree of the Kings County Surrogate's Court dated October 8, 2024.  In consideration for the payment of One Hundred Twelve Thousand Dollars ($112,000.00) as set forth above, Jerry Santos, as Administrator of the Estate of Anibal Marrero, agrees to dismissal of all the claims against the defendants and to release defendants City of New York, Bilal Ates, Shante Terrell, and Tearle Connell; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of the civil rights of Anibal Marrero, the Estate of Anibal Marrero, and/or Jerry Santos, and any and all related state law claims, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3.      Plaintiff Jerry Santos, as Administrator of the Estate of Anibal Marrero, shall execute and serve on the City of New York's attorney by legal tender (either by personal service or certified mail) at 100 Church Street, New York, New York 10007 all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, IRS Form W-9, IRS employer identification number ("EIN") for

plaintiff's estate, and an Affidavit of Status of Liens. Prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any conditional payments made for the injuries claimed in this matter. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4.      Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

5.      Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.      Plaintiff Jerry Santos, as Administrator of the Estate of Anibal Marrero, agrees to hold harmless defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter. If Medicare claims are not satisfied, defendants reserve the right to issue a multiparty settlement check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

7.      This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written

3

agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
       Octrober 28     , 2024

MICHELSTEIN & ASHMAN, PLLC
*Attorneys for Plaintiff*
485 Madison Avenue, 16th Floor
New York, New York 10022

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City, Ates, Terrell, and Connell*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Eugené M. Bellin, Esq.

By: _____
Joseph Zangrilli, Esq.
*Senior Counsel*

4